RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/6/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM A. MUSE | CIVIL ACTION NO. 09-2230 |
| VERSUS | SECTION P |
| OUACHITA PARISH SHERIFF'S DEPARTMENT, ET AL. | JUDGE ROBERT G. JAMES |
| | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

After a review of the entire record in this matter, for the reasons stated in the Report and Recommendation [Doc. No. 14] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and for those additional reasons state in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, to the extent that Plaintiff seeks restoration of forfeited good time credits, his civil rights Complaint is **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, to the extent that Plaintiff seeks declaratory or monetary relief, his civil rights Complaint is **DISMISSED WITH PREJUDICE** (to this claim being asserted again unless and until the *Heck* conditions are met).

MONROE, LOUISIANA, this 6 day of May, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE