
RECEIVED
IN MONROE, LA.
JUN 1 6 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM A. MUSE<br>LA. DOC #502435 | CIVIL ACTION NO. 3:09-CV-2230 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| OUACHITA PARISH SHERIFF'S<br>DEPARTMENT, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. 41(b).

MONROE, LOUISIANA, this 16 day of June, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE